# KIRTON LAW FIRM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-21-2020

Marlon G. Kirton, Esq.

Nassau County:
175 Fulton Avenue, Suite 305
Hempstead, New York 11550
Tel. # (516) 833-5617
Fax # (516) 833-5620

January 21, 2020

VIA ELECTRONIC FILING

Hon. Paul A. Crotty
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10169

*[Handwritten: 1/21/2020 — The matter will be adjourned to February 21, 2020 at 3:45 pm. So ordered. Paul Crotty USDJ]*

Re: *United States v. Jackson, 19 cr.162 (PAC)*

Dear Judge Crotty:

I represent James Jackson in the above-referenced matter. The matter is scheduled for sentence on January 22, 2020. I request a final adjournment of the sentence to a date between February 25-28, 2020.

I have received all of the relevant medical records on Mr. Jackson's behalf. Unfortunately, I had the flu for the past two weeks and was unable to complete the sentencing memorandum. I need additional time to complete the sentencing memorandum. I request a date between February 25-28, 2020. I have the consent of the Government for this request.

Please contact me if you have any questions or concerns.

Sincerely,

s/Marlon G. Kirton
Marlon G. Kirton, Esq.

cc: Thomas J. Wright, Assistant United States Attorney (via electronic mail)

1